# GENERAL RELEASE

KNOW ALL MEN, that I, Frederick V. Vicario, of 30 Briarbrooke Lane, Cranston, Rhode Island 02921 ("Releasor"), for the payment of Eighty Thousand Dollars ($80,000), and other good and valuable consideration, the receipt of which is hereby acknowledged, do hereby remise, release and forever quit-claim unto UNUMProvident Corporation, Provident Companies, Inc., The Paul Revere Life Insurance Company (collectively, "UNUMProvident"), and its present and former parent companies, affiliates, subsidiaries, related entities, agents, employees, officers, heirs, executors, administrators, and assigns (collectively, "Releasees"), any and all manners of action, causes of action, debts, claims and demands, both in law and equity, which against said Releasees the Releasor ever had, now has, or in the future may have, up to and beyond the date of the signing of this General Release, which shall include any and all claims to any benefits, now or in the future, under the disability insurance policy no. 01024443730 (the "Disability Insurance Policy"), including without limitation any claims for bad faith.

In connection with the signing of this General Release and as a prerequisite to the receipt of the payment hereunder, Releasor agrees to return the Disability Insurance Policy to Releasees, and by such tender of the Disability Insurance Policy agrees that the Disability Insurance Policy shall be null and void and of no further effect in the future.

Releasor indemnifies and holds Releasees harmless from and against any claim or demand under the Disability Insurance Policy from any person claiming any disability benefit thereunder on Releasor's behalf.

Releasor and Releasee have compromised disputed claims in a lawsuit brought by Releasor against Paul Revere Life Insurance Company ("Paul Revere"), and the parties'

RECEIVED
AUG 09 2005

dismissal of that lawsuit with prejudice and the payment hereunder do not in any way signify that there was wrongdoing on Paul Revere's part.

Releasor acknowledges that by signing this Agreement with Releasees, Releasees do not admit any liability or legal responsibility to Releasor outside of what they have agreed to pay under the Policy to settle Releasor's claim for disability insurance benefits.

Releasor agrees to keep this settlement with Releasees confidential to the extent he is legally able to, and Releasor will divulge information regarding this settlement only as necessary for legal or tax purposes, or in response to a court order, and only then to the extent necessary to satisfy Releasor's obligations.

Releasor agrees that he shall not apply for any insurance policy or rider from UNUMProvident at any time in the future and, if he shall do so, UNUMProvident shall be entitled to reject his application for insurance without any liability resulting from such denial.

Releasor acknowledges that he has consulted with legal counsel in connection with the settlement of his claims under the Disability Insurance Policy, and that he has been informed that he is giving up whatever rights he may have, if any, under the Disability Insurance Policy, now or in the future, as a result of his signing of this General Release and dismissal of his lawsuit with prejudice.

IN WITNESS WHEREOF, Releasor knowingly and willingly signs his name below on this 18th day of September 2000.

Executed in presence of

WITNESS

FREDERICK V. VICARIO