508-499-4441

UNUMPROVIDENT

The Paul Revere Life Insurance Company
18 Chestnut Street
Worcester, Massachusetts 01608-1528

May 13, 2004

Mr. Frederick V Vicario
30 Briarbrook Lane
Cranston, RI 02921

Policy: 01024443730
Policy Change Amount Due: $71.61

Dear Mr. Vicario :

Your recent request to enhance the coverage provided by your policy has been processed. Enclosed is your Policy Change Agreement, which should be placed with your policy as evidence of this change.

This letter is to notify you in advance that the amount shown above is now due for this policy change and will be added to the next debit from your account on 06/15/04 .

If you should have any questions referring to the above, please contact your sales representative.

The Client Service Center
Individual Income Protection
The Paul Revere Life Insurance Company

cc: M B F Incorporated
E0575

151 - 03

pcpip