# POLICY CHANGE RIDER

| Insured | Policy No. | Date Of Policy Change |
|---|---|---|
| Mr. Frederick V Vicario | 01024443730 | May 10, 2004 |

At the request of the Insured and in consideration of the premium change stated herein, it is agreed that the above Policy is changed as of the date shown above, as follows:

TYPE OF CHANGE : Exercised Future Income Option

| | MAXIMUM MONTHLY AMOUNT OLD | NEW |
|---|---|---|
| Total Disability Benefit for Injury and Sickness: | $5,200.00 | $5,600.00 |

In consideration of the above change, the annual premium for your benefits have changed as follows :

| | PREMIUM OLD | NEW |
|---|---|---|
| Total Disability Benefits: | $3,503.28 | $4,246.04 |
| Total Disability In Your Occupation Benefit, Form H960Y: | $294.10 | $384.02 |
| ALL OTHER BENEFITS REMAIN THE SAME | OLD | NEW |
| Annual Premium for policy: | $3,827.06 | $4,659.74 |
| Modal Premium: MONTHLY | $329.55 | $401.16 |

In the event additional insurance is issued under this Policy Change, the incontestable clause of the Policy will apply to such additional insurance from the date the Policy Change becomes effective.

All provisions of the policy to which this Policy Change is attached remain the same except where changed as stated above.

This Policy Change is effective on the date shown above. It forms a part of the Policy to which it is attached.

Signed for Us at Worcester, Massachusetts.

THE PAUL REVERE LIFE INSURANCE COMPANY

Vice President, Corporate Secretary and Assistant General Counsel

Form A592