UNUMPROVIDENT.

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West Suite 100
Providence, RI 02903

July 21, 2005

Re: Mr. Frederick Vicario
Claim # 01-02444373-006

Dear Atty. Craven:

We have received your correspondence dated July 14, 2005, stating that you are currently representing Mr. Vicario in regards to this claim. We would like to take this opportunity to update you on the status of Mr. Vicario's claim.

Based upon the information available to date, it appears that Mr. Vicario reached an agreement for a claim and surrendered his policy on October 19, 2000. We are currently in the process of obtaining a copy of this Settlement Agreement for our review. Upon our receipt and review of this Settlement Agreement, we will update you on the status of Mr. Vicario's claim.

If Mr. Vicario is taking the stance that he did not agree to or sign this Settlement Agreement, we request that you please notify us.

Thank you for your cooperation. If you should have any questions or concerns, please feel free to contact me at 1-888-226-7959, extension 76172.

Sincerely,

Leigh F. Hunter

Leigh F. Hunter
Senior Disability Benefits Specialist
The Paul Revere Life Insurance Company

RECEIVED
JUL 26 2005