**ROBERT E. CRAVEN & ASSOCIATES**
*ATTORNEYS AT LAW*

**50 Park Row West, Suite 100, Providence, Rhode Island 02903**
**Phone (401) 453-2700 Facsimile (401) 453-1910**
**e-mail: rec@recravenlaw.com**

---

July 29, 2005

Leigh F. Hunter
Senior Disability Benefits Specialist
Unum Provident Corporation
18 Chestnut Street
Worcester, MA 01608

Dear Ms. Hunter:

I am writing to you in response to your July 21, 2005 letter. First, Mr. Vicario never surrendered the policy in October of 2000. Second, your company has and to this day still, drafted payments on the policy. Third, your company solicited my client and my client agreed to increase the benefits under the policy. Since that time your company has drafted the increased policy benefit payment. This has all happened since our settlement with your company in October of 2000.

As a result, it is clear that by both action and acceptance of payments on the policy, your company has acknowledged the validity of my client's position that the policy was and will continue to be in full force and effect.

As a result, since my client has been disabled for over two months without income, please forward the monthly benefit payments forthwith. If you do not agree with my recitation of the facts, I request that you notify this office immediately.

Thank you for your cooperation in this matter. If you wish to contact me please fee free to at the above address and phone number.

I look forward to your prompt response.

Very truly yours,

Robert E. Craven

REC/ss
enclosure