UNUMPROVIDENT

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West Suite # 100
Providence, RI 02903

August 4, 2005

Re: Mr. Frederick Vicario
Claim # 01-02444373-006

Dear Atty. Craven:

We have received your correspondence dated July 29, 2005 and we would like to take this opportunity to update you on the status of Mr. Vicario's claim.

We recently received and reviewed a copy of the General Release signed by Mr. Vicario on September 18, 2000. You also signed the Stipulation document of the General Release on September 29, 2000. We have enclosed a copy of these documents for your reference.

The General Release states that "In connection with the signing of this General Release and as a prerequisite to the receipt of the payment hereunder, Releasor agrees to return the Disability Insurance Policy to Releasees, and by such tender of the Disability Insurance Policy agrees that the Disability Insurance Policy shall be null and void and of no further effect in the future."

The General Release further states "Releasor acknowledges that by signing this Agreement with Releasees, Releasees do not admit any liability or legal responsibility to Releasor outside of what they have agreed to pay under the Policy to settle Releasor's claim for disability insurance benefits."

Additionally, "Releasor agrees that he shall not apply for any insurance policy or rider from UNUMProvident at any time in the future and, if he shall do so, UNUMProvident shall be entitled to reject his application for insurance without any liability resulting from such denial."

Mr. Vicario surrendered his policy by signing the General Release on September 18, 2005. Therefore, we are unable to consider benefits, as Mr. Vicario no longer has a policy.

We inadvertently collected premiums subsequent to Mr. Vicario signing the General Release. We apologize for any inconvenience this may have caused Mr. Vicario.

Enclosed please find a check made out to Mr. Vicario in the total amount of $22,164.48. This check represents a $17,701.52 refund in premiums and $4,462.96 in interest. Please be advised that Mr. Vicario will receive a 1099 at the end of the year for the interest payment.

If you have additional information to support your request for disability benefits, please send it to my attention for further review at the address noted on this letterhead.

However, if you disagree with our determination and intend to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of the date of this letter. Your written appeal should include your comments and views of the issues, as well as any new documentation you wish us to consider. You should submit your written appeal to the following address:

Disability Benefits Center
Quality Performance Support – Appeals Unit
P.O. Box 15112
Worcester, MA 01615

If we do not receive your written appeal within 180 days of the date of this letter, our claim decision will be final.

If you should have any questions or concerns, please feel free to contact me at 1-888-226-7959, extension 76172.

Sincerely,

Leigh F. Hunter

Leigh F. Hunter
Senior Disability Benefits Specialist
The Paul Revere Life Insurance Company

Enc.: Ck, General Release

THE PAUL REVERE LIFE INSURANCE COMPANY
WORCESTER MA 01608

01C-MAP

51-44/119

AUG 01, 2005

CHECK NO.
1002996855

REFUND PREMIUM AND INTEREST FOR POLICY #01024443730
FROM OCTOBER 2000 TO AUGUST 2005

CSDIA63023

PAY 22,164 AND 48/100 -------------------------------DOLLARS

*****22,164.48**

TO THE ORDER OF

FREDERICK V VICARIO
30 BRAIRBROOK LANE
CRANSTON RI 02921

John J. Iwanicki

FLEET BANK CONNECTICUT, N.A. HARTFORD, CT

⑈1002996855⑈ ⑆011900445⑆ 31104⑈

FOLD ON DOTTED LINE, DETACH AND CASH IMMEDIATELY

| PAYEE | DATE | AMOUNT | CHECK NUMBER |
| --- | --- | --- | --- |
| FREDERICK V VICARIO | 08/01/2005 | *****22,164.48 | 1002996855 |

REFUND PREMIUM AND INTEREST FOR POLICY #01024443730
FROM OCTOBER 2000 TO AUGUST 2005

THE PAUL REVERE LIFE INSURANCE COMPANY

CSDIA63023#PN1SXG

ATTACHMENT

000002

H