AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

RHODE ISLAND

FREDERICK V. VICARIO

V.

UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 469 T

TO: (Name and address of Defendant) Paul Revere Life Insurance Company
c/o A. Michael Mark, Insurance Commissioner
233 Richmond Street
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Kilpatrick, Esq., Chisholm Chisholm & Kilpatrick LLP,
One Turks Head Place, Suite 1313, Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

11 15 05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

*Along with request for Production of Documents

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE 11-16-05 |
| NAME OF SERVER *(PRINT)* ROBERT COLANTONIO State Constable #6030 | TITLE ROBERT COLANTONIO State Constable #6030 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Agent Within State Donna Arakian
RI Insurance Commissioner - 233 Richmond St, Providence, RI
Donna Arakian Accepted

## STATEMENT OF SERVICE FEES

| [redacted] | SERVICES | TOTAL |
|---|---|---|
| INSURANCE COMM FEE $25.00 | $60.00 | [redacted] 85.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-16-05
Date

*Signature of Server*

PO Box 29396, Providence, RI 02909
*Address of Server*

ROBERT COLANTONIO
State Constable #6030

FILED
2005 NOV 29 A 11: 26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.