UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO,<br>Plaintiff | : | |
| vs | : | CA No.05-469T |
| UNUMPROVIDENT CORPORATION and PAUL REVERE LIFE INSURANCE COMPANY<br>Defendant | : | |

**Affidavit of Service**

I, J. Scott Kilpatrick, on oath, hereby deposes and says as follows:

1) That I am the attorney for the Plaintiff in the above entitled matter.

2) A Complaint was filed with this Court on or about November 16, 2005.

3) That pursuant to Rule 4 of the United States District Court, District of Rhode Island Rules of Civil Procedure, on November 16, 2005, I forwarded by certified mail, return receipt requested a copy of the summons and complaint to the Defendant, UNUMProvident Corporation, One Fountain Square, Chattanooga, TN A copy of said letter is attached as Exhibit A.

4) Defendant received the copy of the summons of complaint on or about November 21, 2005. A copy of the Post Office Certified Mail Receipt and Domestic Return Receipt is attached as Exhibit B.

J. Scott Kilpatrick

Subscribed and sworn to before me this 29th day of November, 2005 in Providence, Rhode Island.

Notary Public
My Commission Expires: 6-18-09

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

RHODE ISLAND

FREDERICK V. VICARIO

V.

UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: #05-469T

TO: (Name and address of Defendant)

UNUMPROVIDENT Corporation
One Fountain Square
Chattanooga, TN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Kilpatrick, Esq., Chisholm Chisholm & Kilpatrick LLP,
One Turks Head Place, Suite 1313, Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE November 16, 2005

(By) DEPUTY CLERK

CHISHOLM CHISHOLM & KILPATRICK LLP

ATTORNEYS AT LAW

ROBERT V. CHISHOLM*
J. SCOTT KILPATRICK

ARAM P. JARRET III**

VINCENT J. CHISHOLM
OF COUNSEL

November 16, 2005

UNUMProvident Corporation
One Fountain Square
Chattanooga, TN

RE: Frederick V. Vicario
VS: UNUMProvident Corporation, et al

Dear Sir/Madam::

Enclosed please find copies of a Summons and Complaint in an action which has been brought against you as a defendant in the United States District Court, District of Rhode Island under Civil Action #05-469. Also enclosed is Plaintiff's First Request for Production of Documents Addressed to Defendant UNUMProvident Corporation.

Answer to the complaint should be filed with the United States District Court, District of Rhode Island, Superior Court, Federal Building & Courthouse, One Exchange Terrace, Providence, Rhode Island 02903 and a copy served on the undersigned within twenty (20) days after receipt of this notice. The documents and response to the Request for Production of Documents should be forwarded to the undersigned within forty (40) days after receipt of this notice.

Very truly yours,

J. Scott Kilpatrick

JSK/cal

**Certified Mail**
**Return Receipt Requested #7002-3150-0000-6201-1596**

ONE TURKS HEAD PLACE SUITE 1313 PROVIDENCE RHODE ISLAND 02903
RCHISHOLM@CCK-LAW.COM JSKILPATRICK@CCK-LAW.COM JJARRET@CCK-LAW.COM
TELE. 401.331.6300 1.800.544.9144 FAX. 401.421.3185
WWW.CCK-LAW.COM

*ALSO ADMITTED IN MASSACHUSETTS AND NEW YORK **ALSO ADMITTED IN MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FREDERICK V. VICARIO, :
Plaintiff :

vs : CA No.05-469T

UNUMPROVIDENT CORPORATION :
and PAUL REVERE LIFE INSURANCE :
COMPANY :
Defendant :

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

7002 3150 0000 6201 1596

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To* Unum Provident Corp
*Street, Apt. No.; or PO Box No.* One Fountain Square
*City, State, ZIP+4* Chattanooga, TN

**PS Form 3800, June 2002** **See Reverse for Instructions**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unum Provident Corp
1 Fountain Square
Chattanooga, TN

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 11/21/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7002 3150 0000 6201 1596

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540