UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FREDERICK V. VICARIO,
Plaintiff

V.

UNUMPROVIDENT CORPORATION, AND PAUL REVERE LIFE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO. CA 05 469 T

**NOTICE OF APPEARANCE**

Please note the appearance of Joan O. Vorster and Richard E. Kirby on behalf of the defendants, UnumProvident Corporation and Paul Revere Life Insurance Company in the above-entitled case.

UNUMPROVIDENT CORPORATION,
AND PAUL REVERE LIFE INSURANCE
COMPANY

By their attorney,

Joan O. Vorster, Esq.
RI #5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq. (JOV)
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 12·13·05

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to J. Scott Kilpatrick, Chisholm, Chisholm & Kilpatrick. LLP, One Turks Head Place, Suite 1313, Providence, RI 02903.

Joan O. Vorster, Esq.

Dated: 12-13·05