UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 06 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| FREDERICK V. VICARIO<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY<br><br>Defendant. | : | Civil Action: 05-469 T |

**STIPULATION**

The parties hereby agree and stipulate that the Plaintiff, Frederick V. Vicario, shall have up to and including January 18, 2006 within which to respond to the Defendants' Rule 12(b)(6) Motion to Dismiss.

Plaintiff,
By His Attorneys,
CHISHOLM CHISHOLM & KILPATRICK

By [signature]
J. Scott Kilpatrick #4160
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

Defendants,
By Their Attorneys,
MIRICK, O'CONNELL, DEMALLIE & LOUGEE

By [signature]
Joan O. Vorster #5784
100 Front Street
Worcester, MA 01608
(508) 791-8500
(508) 791-8502 Facsimile

ENTER: Ernest C Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 1/18/06

DATED: 1/6/05