UNUM.

*Protecting everything you work for*

April 3, 2002

Mr. Frederick V Vicario
30 Briarbrook Lane
Cranston, RI 02921

Policy No. 01024443730
Agent: M B F Incorporated
Agent No. E0575
**Option Date: 05/10/02**

Dear Mr. Vicario :

As part of your Disability Income policy, you purchased the right to buy additional coverage – with no medical exam – at a later date. Increases in coverage are subject to financial Underwriting and are based on your earned Income and our current issue and participation limits. With that in mind, The Paul Revere Life Insurance Company is pleased to make you this offer under your policy's Future Income Option:

To apply for an increase in your monthly benefit, **complete the enclosed application, sign in both places and return it with copies of pages one and two of your most recent 1040 and W-2 (if applicable),** to The Paul Revere Life Insurance Company in the enclosed envelope by the option date shown above. The FIO increases are available in $100.00 increments up to $800.00. For each Future Income Option increment you select the monthly cost to you would be $16.36.

If you choose the entire increase available to you at this time, your monthly benefits would rise to $5,200.00 from the present $4,400.00 and your monthly premium payments would rise to $329.55 from the present $198.68.

So take a few minutes to consider how your need for quality income protection has grown over the past years and then complete and mail the application today.

If you have any questions, please contact your sales representative, or call us directly at 1-800-799-0990.

Customer Service
The Paul Revere Life Insurance Company

FIOMID/7-14-95/MLW2

UNUMPROVIDENT

April 5, 2004

Mr. Frederick V Vicario
30 Briarbrook Lane
Cranston, RI 02921

Policy No. 01024443730
Agent: M B F Incorporated
Agent No. E0575
**Option Date: 05/10/04**

Dear Mr. Vicario :

As part of your Income Protection insurance policy, you purchased the right to buy additional coverage -- with no medical exam -- at a later date. Increases in coverage are subject to financial Underwriting and are based on your earned income and our current issue and participation limits. With that in mind, The Paul Revere Life Insurance Company is pleased to make you this offer under your policy's Future Income Option:

To apply for an increase in your monthly benefit, **complete the enclosed application, sign in both places and return it with copies of pages one and two of your most recent 1040 and W-2 (if applicable),** to The Paul Revere Life Insurance Company in the enclosed envelope by the option date shown above. The FIO increases are available in $100.00 increments up to $400.00. For each Future Income Option increment you select the monthly cost to you would be $17.90.

If you choose the entire increase available to you at this time, your monthly benefits would rise to $5,600.00 from the present $5,200.00 and your monthly premium payments would rise to $401.16 from the present $329.55.

So take a few minutes to consider how your need for quality income protection insurance has grown over the past years and then complete and mail the application today.

If you have any questions, please contact your sales representative, or call us directly at 1-800-799-0990.

The Client Service Center
Individual Income Protection
The Paul Revere Life Insurance Company

FIOMID/7-14-95/MLW2