UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO,<br><br>Plaintiff<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY<br><br>Defendant. | : | CA No. 05-469T |

**PLAINTIFF'S MOTION TO SUBSTITUTE DOCUMENTS FILED**

Now comes the Plaintiff, Frederick V. Vicario, by and through his attorney and moves to subsititute the its Memorandum in Support of Plaintiff's Objection to Rule 12(b)(6) Motion in the attached hereto. Plaintiff relies on the attached Memorandum of Law in Support of this Motion.

Plaintiff,
By His Attorneys,

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within on the 28 day of February, 2006 to Joan Vorster, Esq.,100 Front Street, Worcester, MA 01608 and Richard Kirby, Esq.,72 Pine Street, Providence, Rhode Island 02903.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO,<br>Plaintiff | : | |
| vs. | : | CA No. 05-469T |
| UNUMPROVIDENT CORPORATION,<br>and PAUL REVERE LIFE INSURANCE<br>COMPANY<br>Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE**

Now comes the Plaintiff in the above entitled matter and submits this Memorandum of Law in Support of Plaintiff's Motion to Substitute in the form attached to its Motion. As grounds therefore, Plaintiff states that he seeks the Court's permission to merely substitute the attached Memorandum for his original Memorandum in Support of Plaintiff's Objection to Rule 12(b)(6) Motion in order to correct several typographical errors which were overlooked in proof reading. The substance of Plaintiff's Memorandum remains unchanged. The changes are indicated in bold italic underscored in the attached copy of the draft Memorandum. Tab A. A clean edited copy of the Memorandum to be substituted is attached hereto at Tab B. In the interest of efficiency, the Exhibits attached to the original Memorandum would remain applicable to the substituted Memorandum.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

Dated: February 28, 2006