FILED

FEB 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FREDERICK V. VICARIO,<br>Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION, AND PAUL REVERE LIFE INSURANCE COMPANY,<br>Defendants | CIVIL ACTION NO. CA 05 469 T |

**MOTION FOR LEAVE TO FILE REPLY BRIEF LATE**

The defendants move this Court for leave to file a short memorandum in reply to plaintiff's opposition to the defendants Rule 12(b)(6) motion to dismiss late. The memorandum is ready for filing and will be filed as soon as leave is allowed. The memorandum should assist the Court in resolution of the issues presented. The Rule 12(b)(6) motion is scheduled for a hearing on March 24, 2006.

The reason for the delayed filing is a docketing/calendar error on counsel's part, that caused us to miss the 10 day deadline for a reply brief set forth in Local Rule CV 7.

Counsel for the plaintiff does not object to this late filing.

UNUMPROVIDENT CORPORATION,
AND PAUL REVERE LIFE INSURANCE
COMPANY

By their attorneys,

Joan O. Vorster, Esq.
#5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

GRANTED
Ernest C. Torres
Chief, US District Judge
3/10/2006

Richard E. Kirby, Esq.
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 02-23-06

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to J. Scott Kilpatrick, Chisholm, Chisholm & Kilpatrick. LLP, One Turks Head Place, Suite 1313, Providence, RI 02903.

Joan O. Vorster, Esq.

Dated: 02-23-06