UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FREDERICK V. VICARIO,

Plaintiff

vs. : CA No. 05-469T

UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY

Defendant.

**PLAINTIFF'S MOTION TO SUBSTITUTE DOCUMENTS FILED**

Now comes the Plaintiff, Frederick V. Vicario, by and through his attorney and moves to subsititute the its Memorandum in Support of Plaintiff's Objection to Rule 12(b)(6) Motion in the attached hereto. Plaintiff relies on the attached Memorandum of Law in Support of this Motion.

Plaintiff,
By His Attorneys,

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/10/2006

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within on the 28 day of February, 2006 to Joan Vorster, Esq., 100 Front Street, Worcester, MA 01608 and Richard Kirby, Esq., 72 Pine Street, Providence, Rhode Island 02903.