UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action: CA 05-469 T |
| | : | |
| UNUMPROVIDENT CORPORATION, | : | |
| and PAUL REVERE LIFE INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Now comes the Plaintiff, Frederick V. Vicario, by and through his attorney and moves to amend Plaintiff's Complaint in the form annexed hereto, to add an additional count for "Waiver". Plaintiff relies on the attached Memorandum of Law in Support of this Motion.

Plaintiff,
By His Attorneys,

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I sent facsimile and mailed a copy of the within on the 21st day of March, 2006 to Joan Vorster, Esq., Mirick, O'Connell, DeMallie & Lougee LLP, 100 Front Street, Worcester, MA 01608 and Richard E. Kirby, Esq., Macktaz, Keefer & Kirby, The Aldrich Building, 72 Pine Street, Providence, Rhode Island 02903;

____________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO,<br>Plaintiff<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY<br>Defendant. | : | CA No. 05-469T |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND PLAINTIFF'S COMPLAINT**

Now comes the Plaintiff in the above entitled matter and submits this Memorandum of Law in Support of Plaintiff's Motion to Amend Plaintiff's Complaint in the form attached to its Motion. As grounds therefore, Plaintiff states that the Defendants, UNUMProvident Corporation and Paul Revere Life Insurance Company have alleged in their Reply Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss, that Waiver must be plead as a cause of action. To the extent that they may be correct, the Plaintiff seeks to add an additional Count (Count #V) asserting Waiver.

Plaintiff,
By His Attorneys,

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I sent facsimile and mailed a copy of the within on the 21st day of March, 2006 to Joan Vorster, Esq., Mirick, O'Connell, DeMallie & Lougee LLP, 100 Front Street, Worcester, MA 01608 and Richard E. Kirby, Esq., Macktaz, Keefer & Kirby, The Aldrich Building, 72 Pine Street, Providence, Rhode Island 02903;