UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FREDERICK V. VICARIO

Plaintiff

    v.                                      C.A. No. 05-469T

UNUMPROVIDENT CORPORATION, ET AL.

Defendants

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

For reasons stated in open court on March 24, 2006, the Motion to Dismiss filed by Defendants Unumprovident Corporation and Paul Revere Life Insurance Company is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 3/28/06