UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK V. VICARIO<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, and PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Defendants. | : | Civil Action: CA 05-469 T |

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Now comes the Plaintiff, Frederick V. Vicario, by and through his attorney and moves to amend Plaintiff's Complaint in the form annexed hereto, to add an additional count for "Waiver". Plaintiff relies on the attached Memorandum of Law in Support of this Motion.

Plaintiff,
By His Attorneys,

GRANTED in the absence of objection

Ernest C. Torres
Chief, US District Judge
4/18/06

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile