UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FREDERICK V. VICARIO,
Plaintiff

V.

UNUMPROVIDENT CORPORATION, AND PAUL REVERE LIFE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO. CA 05 469 T

**NOTICE OF WITHDRAWAL**

Pursuant to L.R. Gen. 206, please withdraw the appearance of Attorney Richard Kirby, who has an appearance as local counsel on behalf of the defendants, UnumProvident Corporation and Paul Revere Life Insurance Company, in the above-entitled case. Attorney Joan O. Vorster will remain as counsel for the defendants.

Attorney Kirby was retained as local counsel pursuant to former Local Rule 4, which required lawyers without an office in Rhode Island to retain local counsel. As of January 1, 2006 Local Rule 4 no longer applies. Attorney Vorster is admitted to the State and Federal Bar in Rhode Island and meets the requirements of L.R. Gen. 201.

UNUMPROVIDENT CORPORATION,
AND PAUL REVERE LIFE INSURANCE
COMPANY

By their attorneys,

Joan O. Vorster, Esq.
#5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq.
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 04-13-06

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to J. Scott Kilpatrick, Chisholm, Chisholm & Kilpatrick. LLP, One Turks Head Place, Suite 1313, Providence, RI 02903.

Joan O. Vorster, Esq.

Dated: 04-13-06