UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

JUN 22 200_

Office of U.S. District Court
District of Rhode Island

FREDERICK V. VICARIO,
Plaintiff

V.

UNUMPROVIDENT CORPORATION, AND PAUL REVERE LIFE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO. CA 05 469 T

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

FREDERICK V. VICARIO

By his attorney,

J. Scott Kilpatrick
#4036
Chisholm, Chisholm & Kilpatrick. LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
Phone: (401) 331-6300
Fax: (401) 421-3185

Dated:

UNUMPROVIDENT CORPORATION, AND PAUL REVERE LIFE INSURANCE COMPANY

By their attorney,

Joan O. Vorster, Esq.
#5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to J. Scott Kilpatrick, Chisholm, Chisholm & Kilpatrick. LLP, One Turks Head Place, Suite 1313, Providence, RI 02903.

Joan O. Vorster, Esq.

Dated: 06.21.06

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 7/5/06